UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. _____ |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 74.107.99.177,** | * | |
| | * | |
| **Defendant.** | | |

## INABILITY TO CONFER

The Defendant in this case is a "John Doe" defendant. As such, the identity of the defendant and their contact information are unknown at this time. Without this information, it is impossible to schedule a discovery conference.

Dated: February 17, 2013

                                                    Respectfully submitted,
                                                    MALIBU MEDIA, LLC
                                                    PLAINTIFF

                                                    By:  /s/*Jon A. Hoppe*
                                                    Jon A. Hoppe, Esquire #6479
                                                    Counsel
                                                    Maddox, Hoppe, Hoofnagle &
                                                           Hafey, L.L.C.
                                                    1401 Mercantile Lane #105
                                                    Largo, Maryland 20774
                                                    (301) 341-2580