UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. 1:13-cv-00512-JKB |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 74.107.99.177,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**PLAINTIFF'S MOTION TO CONTINUE
HEARING ON MARCH 19, 2013 AT 9:00 AM**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order continuing the hearing scheduled for March 19, 2013 at 9:00 AM, and states:

1. This is a BitTorrent copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. The true identity of the Doe Defendant is known by their Internet Service Provider ("ISP").

2. On February 17, 2013, Plaintiff filed a Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference [Dkt. 4] on the grounds that Plaintiff is unable to move forward in its case without the identity of the John Doe Defendant.

3. On March 1, 2013, Honorable Paul W. Grimm and the Honorable Roger W. Titus entered a memorandum order scheduling a two hour hearing on the pending motion for Tuesday, March 19, 2013 at 9:00 AM [Dkt. 8].

4. Plaintiff's counsel is unable to attend this hearing, as he has a prior professional commitment on that day and time in the District of Columbia Family Court in a matter entitled *In*

*Re: K.G.;* 2011NEG 195.  This matter involves multiple counsel, making continuance thereof on short notice extremely unlikely, if not impossible.

5. Plaintiff's counsel is available to appear before the court on March 22, March 25 or March 29, 2013.

WHEREFORE, Plaintiff respectfully requests that the hearing scheduled for March 19, 2013 be continued to March 22, March 25, or March 29, 2013, as the Court's schedule may permit.  A proposed order is attached for the Court's convenience.

Dated:  March 5, 2013

Respectfully submitted,
MALIBU MEDIA, LLC.
PLAINTIFF

By:  /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/*Jon A. Hoppe*