IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN 14 P 3:34

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| MALIBU MEDIA, LLC. | * |
| | * |
| | * |
| Plaintiff, | * |
| v. | *   Civil No.: 13-cv-512 |
| JOHN DOE | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED PROTECTIVE ORDER

In the interest of protecting the Parties' and non-parties' Confidential Information from improper disclosure or use, Plaintiff, Malibu Media, and Defendant, John Doe, have stipulated to the provisions set forth below. The Court ORDERS, as follows:

1. A protective order is GRANTED requiring Plaintiff not to publicly disclose Defendant John Doe's identifying information including name and address, and

2. All documents in this case that contain Doe's identifying information SHALL BE FILED UNDER SEAL, and

3. Counsel for the parties filing such documents under seal shall provide a redacted copy of the same documents to the Clerk for the public domain which identifies the Defendant by only first and last initials.

1

IT IS SO ORDERED.

_____
United States Magistrate Judge
1/13/14

**Agreed to on this 10th day of January, 2014.**

BY:

_____/s/_____
Christina Boffen
The Law Office of Christina Boffen, LLC
216 Crain Hwy N
Suite 202A
Glen Burnie, MD 21061
Phone (410) 718-2929
cboffen@gmail.com
*Counsel for the Defendant*

BY:

_____/s/_____
Jon Hoppe
Bar #06479
1401 Mercantile Lane #105
Largo, MD 20774
(301) 341-2580
jhoppe@mhhhlawfirm.com
*Counsel for the Plaintiff*

2