FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY -2  A 11: 23

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 1:13-cv-00512-JKB |
| v. | * | |
| JOHN DOE subscriber assigned IP address 74.107.99.177, | * | |
| | * | |
| Defendant. | * | |
| | * | |

### ORDER GRANTING PLAINTIFF'S SEVENTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

**THIS CAUSE** having come before the Court upon Plaintiff's Seventh Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have up to and including May 30, 2014 to effectuate service on the Defendant.

DONE AND ORDERED this _1_ day of _May_, 2014.

By: _____
**UNITED STATES DISTRICT JUDGE**

1