# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-13-512 |
| **JOHN DOE subscriber assigned IP address 74.107.99.177,** | * | |
|  | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter shall come before the Court for a hearing on Defendant's motion to dismiss (ECF Nos. 62 & 63) on Wednesday, July 30, 2014, at 2:15 p.m. in Courtroom 5C, United States District Court, 101 W. Lombard Street, Baltimore, Maryland. Judges Titus, Grimm, and Garbis will jointly preside over the hearing.

DATED this 23rd day of July, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge